**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALBERTO BURROLA-MORENO, | No. 09-72629 |
| Petitioner, | Agency No. A036-891-532 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted April 5, 2011[**]

Before:    B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

Alberto Burrola-Moreno, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's removal order.  Our jurisdiction is governed by 8 U.S.C.

§ 1252.  We review for substantial evidence the agency's determination that there

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

is reason to believe an alien is or has been an illicit trafficker in any controlled substance. *Alarcon-Serrano v. INS*, 220 F.3d 1116, 1119 (9th Cir. 2000). We dismiss the petition for review.

Substantial evidence supports the agency's determination that Burrola-Moreno is or has been an illicit trafficker in a controlled substance. *See id.* at 1120 ("While a generous fact-finder might have believed [petitioner's] version of the facts, both the BIA and IJ were clearly within reason on these facts and circumstances to conclude otherwise."). Accordingly, Burrola-Moreno is inadmissible under 8 U.S.C. § 1182(a)(2)(C)(i). We therefore dismiss the petition for review. *See* 8 U.S.C. § 1252(a)(2)(C); *Lopez-Molina v. Ashcroft*, 368 F.3d 1206, 1209-1211 (9th Cir. 2004).

**PETITION FOR REVIEW DISMISSED.**